Order issued September 14, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00664-CV

**TOMMY ECTOR, Appellant**

**V.**

**REANNE VAUGHN, Appellee**

## ORDER

We **REINSTATE** the appeal. Appellee's brief is due twenty days from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE